# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

HELEN K. TIDWELL,

      **Plaintiff,**

v.                       **Case No.  4:17cv514-MW/GRJ**

JULIE JONES, et al.,

      **Defendants.**
_____/

## ORDER ACCEPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 14, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No.15. In her objections, plaintiff indicates that "her condition is painful and obstructs her everyday life."  ECF No. 15 at 1. This Court is aware of the exception for a plaintiff who alleges an imminent threat of serious physical injury. *Medberry v. Butler*, 185 F.3d 1189, 1193 (11th Cir.1999). However, plaintiff's allegations do not rise to this level.  Accordingly,

    **IT IS ORDERED:**

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "This

case is **DISMISSED** without prejudice as malicious for abuse of the judicial process pursuant to 28 U.S.C. § 1915A(b)."  The Clerk shall close the file.

  **SO ORDERED on February 6, 2018.**

        <u>**s/Mark E. Walker**</u>
        **United States District Judge**